| Form B1 | United States Bankruptcy Court<br>District of Alaska | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wolcoff, Robert Hunter** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Wolcoff, Heather I.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**a/k/a Robert Hunter Wolcoff, III** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**d/b/a Free Spirit Taxidermy<br>d/b/a Alakshak Kennels** |
| Last four digits of Soc. Sec. or Individual Taxpayer I.D (ITIN)/Complete EIN<br>(if more than one, state all):<br>**XXX-XX-3551** | Last four digits of Soc. Sec. or Individual Taxpayer I.D (ITIN)/Complete EIN<br>(if more than one, state all):<br>**XXX-XX-9035** |

| Street Address of Debtor (No. and Street, City and State):<br>**2610 N. Windy Bottom Road**<br>**Wasilla, AK** | Zip Code<br>**99687** | Street Address of Joint Debtor (No. and Street, City and State):<br>**2610 N. Windy Bottom Road**<br>**Wasilla, AK** | Zip Code<br>**99687** |
|---|---|---|---|
| County of Residence or of the<br>Principal Place of Business: **Matanuska-Susitna Borough** | | County of Residence or of the<br>Principal Place of Business: **Matanuska-Susitna Borough** | |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 872641**<br>**Wasilla, AK** | Zip Code<br>**99687** | Mailing Address of Joint Debtor (if different from street address):<br>**P.O. Box 872641**<br>**Wasilla, AK** | Zip Code<br>**99687** |

| Location of Principal Assets of Business Debtor<br>(if different from street address): | Zip Code |
|---|---|

**Type of Debtor** (Form of Organization)
Check one box
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form)*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If the debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. §101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other
  Taxidermy work and a small kennel operatiopn

**Tax Exempt Entity**
(Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of Non-main Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family , or household purpose."
- ☐ Debts are primarily business debts

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the Court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to Chapter 7 individuals only). Must attached signed application for the Court's consideration. See Official Form No. 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. §101(51D)
- ☐ Debtor is not a small business as defined in 11 U.S.C. §101(51D)
Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2.490,925. (*Amount subject to adjustment on April 1, 2016 and every three years thereafter*)
Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition for one or more classes of creditors, in accordance with 11 U.S.C. §1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50- 99 | 100 -199 | 200 - 999 | 1,000 - 5,000 | 5,001 - 10,000 | 10,001 - 25,000 | 25,001 - 50,000 | 50,001 - 100,000 | over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0.00 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0.00 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Form B1, Page 2

| **Voluntary Petition**<br>(This page must be completed and filed in every case) | Name of Debtor(s):  **Robert H. and Heather I. Wolcoff** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years (if more than two, attach additional sheet)** | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| District:<br>**None** | Relationship: | Judge: |

| **Exhibit A**<br><br>[To be completed if debtor is required to file periodic reports (e.g. Forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11]<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the relief available under each such Chapter<br>I further certify that I have delivered to the debtor the notice required by §342(b) of the Bankruptcy Code<br><br>x /s/ Robert P. Crowther          January 9, 2015<br>Signature of Attorney for Debtor(s)     Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

■   No

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interest of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

*Check all applicable boxes*

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. §362(l).

Form B1, Page 3

| **Voluntary Petition**<br>(This page must be completed and filed in every case) | Name of Debtor(s):   **Robert H. and Heather I. Wolcoff** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual\Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available under each such Chapter, and choose to proceed under Chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the Chapter of Title 11, United States Code, specified in this petition.

X /s/ Robert H. Wolcoff
_____
Signature of Debtor

X /s/ Heather I. Wolcoff
_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

January 9, 2015
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that a am authorized to file this petition

(Check only one box)

☐  I request relief in accordance with Chapter 15 of Title 11, United States Code. Certified copies of the documents required by §1515 of title 11 are attached

☐  Pursuant to §1511 of Title 11, United States Code, I request relief in accordance with the chapter of Title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceed is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X /s/ Robert P. Crowther
_____
Signature of Attorney for Debtor(s)

Robert P. Crowther
_____
Printed Name of Attorney for Debtor(s)

Law Offices of Robert Crowther
_____
Firm Name

1113 W. Fireweed Lane, Suite 200
_____
Address
Anchorage, Alaska 99503

(907) 274-1980         January 9, 2015
_____
Telephone Number         Date

*In a case in which §704(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached

_____
Printed Name and title, if any , of Bankruptcy Petition Preparer

_____
Social Security Number (if the bankruptcy petition preparer is not an individual, state the Social Security Nuber of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. §110)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of Title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets confirming to the appropriate official form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines , imprisonment or both.  11 U.S.C. §110; 18 U.S.C. §156.*

ROBERT P. CROWTHER
LAW OFFICES OF ROBERT CROWTHER
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
Telephone (907) 274-1980
Facsimile (907) 274-2085

Attorney for the Debtor
File No.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

In re:

ROBERT H. WOLCOFF and
HEATHER I. WOLCOFF,

                              Debtors.

Case No.
Chapter 13

Exhibit D - Individual Debtor's Statement of Compliance with
Credit Counseling Requirement

Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D.  Check one of the five statement below and attach any document directed.*

■    1.    Within 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2.    Within 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling aganey approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed..*

☐    3.    I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the fives days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.]* *[Summarize exigent circumstances here.]* _____

_____ .

**If the Court is satisfied with the reasons stated in your motion, it will send you an order approving your request.  You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  A motion for extension must be filed within the 30 day period.  Failure to fulfill these requirements may request in dismissal of your case.  If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

◻   4.   I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]*  *[Must be accompanied by a motion for determination by the Court.]*

◻   Incapacity.   (Defined in 11 U.S.C. §109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

◻   Disability.   (Defined in 11 U.S.C. §109(h)(4) as physically impaird to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone or through the Internet.);

◻   Active military duty in a military combat zone.

◻   5.   The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. §109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signed:        /s/ Robert H. Wolcoff                              Dated: January 9, 2015
               Petitioner

ROBERT P. CROWTHER
LAW OFFICES OF ROBERT CROWTHER
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
Telephone (907) 274-1980
Facsimile (907) 274-2085

Attorney for the Debtor
File No.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re:<br><br>  ROBERT H. WOLCOFF and<br>  HEATHER I. WOLCOFF,<br><br>                              Debtors. | Case No.<br>Chapter 13<br><br>Exhibit D - Individual Debtor's Statement of Compliance with<br>Credit Counseling Requirement |

Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D.  Check one of the five statement below and attach any document directed.*

■   1.   Within 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2.   Within 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling aganey approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.  *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed..*

☐   3.   I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the fives days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.]* *[Summarize exigent circumstances here.]* _____

_____ .

**If the Court is satisfied with the reasons stated in your motion, it will send you an order approving your request.  You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  A motion for extension must be filed within the 30 day period.  Failure to fulfill these requirements may request in dismissal of your case.  If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

◻   4.   I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement.]   [Must be accompanied by a motion for determination by the Court.]*

◻   Incapacity.   (Defined in 11 U.S.C. §109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

◻   Disability.   (Defined in 11 U.S.C. §109(h)(4) as physically impaird to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone or through the Internet.);

◻   Active military duty in a military combat zone.

◻   5.   The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. §109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signed:        /s/ Heather I. Wolcoff                                    Dated: January 9, 2015
                    Petitioner