Certificate Number: 11557-AK-CC-024821061



11557-AK-CC-024821061

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 9, 2015</u>, at <u>2:03</u> o'clock <u>PM MST</u>, <u>Robert H. Wolcoff</u> received from <u>Academy of Financial Literacy, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Alaska</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>January 9, 2015</u>    By: <u>/s/Phillip Eugene Day</u>

Name: <u>Phillip Eugene Day</u>

Title: <u>Owner</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 11557-AK-CC-024821060



11557-AK-CC-024821060

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 9, 2015</u>, at <u>2:00</u> o'clock <u>PM MST</u>, <u>Heather I. Wolcoff</u> received from <u>Academy of Financial Literacy, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Alaska</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>January 9, 2015</u>          By:    <u>/s/Phillip Eugene Day</u>

                                        Name:  <u>Phillip Eugene Day</u>

                                        Title: <u>Owner</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).