A-Plus Services
3180 N. Lemming Circle
Wasilla, AK 99654


ACS Wireless, Inc.
600 Telephone Avenue
Anchorage, AK 99503-6010


AT&T Services, Inc.
1801 Valley View Lane
Farmers Branch, TX 75234


ATG Cedit, LLC
P.O. Box 14895
Chicago, IL 60614


Alaska Communication Systems
600 Telephone Avenue
Mail Stop S0A
Anchorage, AK 99503


Alaska Commission on Post-Secondary
   Education
3030 Vintage Blvd.
Juneau, AK 9980125


Alaska Diagnostic Lab
c/o Cornerstone Credit Services, Inc.
P.O. Box 92090
Anchorage, AK 99509


Alaska Emergency Medicine
3427 E. Tudor Road, Suite A
Anchorage, AK 99507


Alaska Heart Institute
3841 Piper Street, Suite T-100
Anchorage, AK 99508

**Alaska Radiology Associates**
**3427 E. Tudor Road, Suite A**
**Anchorage, AK 99507-1282**

**Alaska USA Federal Credit Union**
**P.O. Box 196613**
**Anchorage, AK 99519-6613**

**Alaska USA Federal Credit Union**
**4000 Credit Union Drive**
**Anchorage, AK 99503**

**Alaska USA Federal Credit Union**
**1800 Tapo Canyon**
**Simi Valley, CA 93063**

**Alaska USA Federal Credit Union**
**450 American Street**
**SV416**
**Simi Valley, CA 93065**

**Alaska USA Federal Credit Union**
**1 Corporate Drive, Suite 360**
**Lake Zurich, IL 60047**

**Alaska USA Federal Credit Union**
**425 Phillips Blvd**
**Ewing, NJ 08618**

**All Creatures Veterinary Clinic, Inc.**
**4360 Snider Drive**
**Wasilla, AK 99654**

**Anchorage Family Sonograms**
**3600 Lake Otis Parkway, Suite 101**
**Anchorage AK 99508**

**American Account Advisors**
**7460 80th Street S**
**Cottage Grove, MN 55016**

C & C Auto Center
4935 W. Reliance Road
Wasilla, AK 99654


C & C Auto Center
125 Luther Avenue
Wasilla, AK 99654


CACH, LLC
4340 S. Monaco Street
Second Floor
Denver, CO 80237


City of Wasilla
290 E. Herning Avenue
Wasilla, AK 99654


Cornerstone Credit Services, LLC
P.O. Box 92090
Anchorage, AK 99509-2090


Credit Union 1
3500 Eide Street
Anchorage, AK 9950335


Credit Union 1
1941 Abbott Road
Anchorage, AK 99507


Doctors Collection Service
605 Barrow Street, Suite 1
Anchorage, AK 99501-3630


EOS CCA
P.O. Box 981008
Boston, MA 02298
Simi Valley, CA 93062-5170

FMS Investment Corp.
P.O. Box 1115
Charlotte, NC 28201-1115


Far Country Animal Hospital
2701 North Liahona Drive
Palmer, AK 99645


FedLoan Servicing
P.O. Box 60610
Harrisburg, PA 17106


Financial Collection Agency of
   Anchorage
629 "L" Street, Suite 204
Anchorage, AK 99501


First National Collection Bureau, Inc.
610 Waltham Way
Sparks, NV 89434


First Step Group, LLC
6300 Shingle Creek Parkway
Suite 220
Brooklyn Center, MN 55430


Fresh Start Solution Program
Key Bank USA
16 McLeland Road
St. Cloud, MN   56303


General Communications, Inc.
2550 Denali Street, Suite 1000
Anchorage, AK 99503


Health Services Asset Management
2201 Lind Avenue SW, Suite 300
Renton, WA 98057

**Holiday Diversified Services, Inc.**
**4567 American Boulevard West**
**Minneapolis, MN 55437**


**Imaging Associates of Providence**
**3701 E. Tudor Road, #205**
**Anchorage, AK 99507**


**Lada, Robert A., M.D.**
**3831 Piper Street, Suite SLL-020**
**Anchorage, AK 99508**


**McNamara, Michael G., M.D.**
**4015 Lake Otis Parkway, Suite 201**
**Anchorage, AK 99508**


**Mattson Investigations, Inc.**
**1035 W. Fireweed Lane**
**Anchorage, AK 99503-1736**


**Matanuska Telephone**
**1740 South Chugach Street**
**Palmer, AK 99645**


**Matsu Emergency Medicine**
   **Physicians Corp.**
**P.O. Box 2586**
**Palmer, AK  99645**


**Matsu Health Services, Inc.**
**1363 West Spruce Avenue**
**Wasilla, AK 99654**


**Matsu Health Services, Inc.**
**P.O. Box 94094**
**Seattle, WA 98124**


**Midland Credit Management, Inc.**
**8675 Aero Drive, Suite 200**
**San Diego, CA 92123**

Pizza King
7362 W. Parks Highway, #601
Wasilla, AK 99623


Portfolio Recovery Associates, LLC
Capital One Bank
120 Corporate Boulevard
Norfolk, VA 23502


Providence Alaska
P.O. Box 4878
Portland, OR 97208-4878


Providence Health & Services Alaska
P.O. Box 196276
Anchorage, AK 99519-6276


Providence Imaging Center
P.O. Box 196604
Anchorage, AK 99519


RJM Acquisitions, LLC
575 Underhill Blvd., Suite 224
Syosset, NY 11791


Recovery Management, Inc.
P.O. Box 241328
Anchorage, AK 99524


Rent A Center
480 Commercial Drive
Palmer, AK 99645


Resurgent
P.O. Box 1410
Troy, MI 48099-1410

**SALLIE MAE**
800 Prides Crossing
Newark, DE 19713


**SKO Brenner American**
841 Merrick Road
Baldwin, NY 11510-9320


**SYNCB/Care Credit**
P.O. Box 965036
Orlando, FL 32896


**Three Bears Alaska, Inc.**
445 N. Pittman Road, Suite B
Wasilla, AK 99654


**U.S. Department of Education**
Nelnet
3015 Parker Road, Suite 400
Aurora, CO 80014


**U.S. Department of Education**
Nelnet
121 S. 13th Street
Lincoln, NE 68508


**Valley Collections, Inc.**
300 W. Swanson Avenue, Suite 106
Wasilla, AK 99654


**Valley Collections, Inc.**
P.O. Box 870670
Wasilla, AK 99687


**Williams & Fudge, Inc.**
P.O. Box 266
Rock Hill, SC 29731

**Williams & Fudge, Inc.**
**300 Chatham Avenue**
**Rock Hill, SC 29730-5395**