# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ALASKA

In re: Robert H. and Heather I Wolcoff,　　　　　　　　　　Case No. A15-00004
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

_____/    Debtors

## Statement of Financial Affairs

　　　　This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under Chapter 12 or Chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should prove the information requested on this statement concerning all such activities as well as the individual's personal affairs.  Do not include the name or address of a minor child in this statement.  Indicate payment, transfers and the like to minor children by stating "a minor child".  See 11 U.S.C. §112; Fed. R. Bankr. P. 1007(m).

　　　　Questions 1-18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19-25.  **If the answer to an applicable question is "None", mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

### Definitions

　　　　"*In business*."  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

　　　　"*Insider*."  The term "insider" includes, but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. §101.

1. **Income from employment or operation of business.**

    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trace or business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under Chapter 12 or Chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | | SOURCE (if more than one) |
|---|---|---|---|
| Year to date: | $ | 0.00 | |
| Last year: | $ | 0.00 | |
| Year before: | $ | 12,265.00 | Mr. Wolcoff's wages from Southcentral Foundation |

2. **Income other than from employment or operation of business.**

   State the gross amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under Chapter 12 or Chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE (if more than one) |
|---|---|---|
| Year to date: | $ 0.00 | |
| Last year: | $ 17,496.87 | Mr. Wolcoff's long-term disability payments |
| | 20,000.00 | Mr. Wolcoff's worker's compensation settlement |
| | 1,044.00 | Mr. Wolcoff's additional long-term disability payments |
| | 1,884.00 | Mr. Wolcoff's Alaska Permanent Fund Dividend |
| | 3,506.00 | Mr. Wolcoff's dividend distributions from Cook Inlet Region, Inc. |
| | 1,388.33 | Mr. Wolcoff's capital gain dividend distributions from Cook Inlet Region, Inc. |
| | 9,119.50 | Mrs. Wolcoff's Social Security disability payments |
| | 3,500.00 | Mrs. Wolcoff's income from dog breeding (figure is gross) |
| | 1,884.00 | Mrs. Wolcoff's Alaska Permanent Fund Dividend |
| Year before: | $ 6,998.00 | Mr. Wolcoff's income based on a loan taken out against his 401(k) plan |
| | 3,499.00 | Mr. Wolcoff's capital gain dividend distributions from Cook Inlet Region, Inc. |
| | 1,070.00 | Mr. Wolcoff's further distributions from Cook Inlet Region, Inc. |
| | 8,987.00 | Mrs. Wolcoff's Social Security disability payments |
| | 5,500.00 | Mrs. Wolcoff's income from dog breeding (figure is gross) |
| | 900.00 | Mrs. Wolcoff's Alaska Permanent Fund Dividend |

3. **Payments to creditors.**

   *Complete a. or b., as appropriate and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts*. List all payments on loans, installment purchases of goods or services, and other debts, to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600.00. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Creditor: Various<br>Address: Various<br>During the past several months, the Debtors have made regularly scheduled payments on personal obligations (such as food, transportation and clothing costs) that have totaled more than $600.00. No material payments for the purposes in excess of regularly scheduled amounts have been made during this period. | Monthly | Various | Continuing obligations |

    b.    *Debtor(s) whose debts are not primarily consumer debts*: List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $6,225.00.  Married debtors filing under Chapter 12 or Chapter 13 must include payments or transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Not applicable | | | |

    c.    *All debtors*:  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Creditor:<br>Address: Anchorage, Alaska<br>Relationship: Mrs. Wolcoff's mother | Various | $2,000.00 | $ 60,000.00 |

**4.    Suits and administrative proceedings, executions, garnishments and attachments.**

    a.    List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Mat-Su Regional Medical Center<br>v.<br>Robert H. Wolcoff<br>Case No. 3PA-14-02293 Civil | Debt collection | District Court, State of Alaska, Third Judicial District at Anchorage | Dismissed for lack of service |
| Alaska Fast Cash, LLC (2)<br>v.<br>Robert H. Wolcoff<br>Case No. 3PA-14-00109 SC | Debt collection | District Court, State of Alaska, Third Judicial District at Anchorage | Judgment entered |
| State of Alaska<br>v.<br>Heather I. Wolcoff<br>Case No. 3PA-14-00109 SC | Minor criminal matter | District Court, State of Alaska, Third Judicial District at Anchorage | Concluded |

| Heather I. Wolcoff | Small claims action and related appeal | District Court, State of Alaska, Third Judicial District at Anchorage | Resolved without recovery by Mrs. Wolcoff |
|---|---|---|---|
| v. | | | |
| Lena Klevin | | | |
| Case No. 3PA-14-00114 SC and 3PA-14-01657 | | | |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Creditor: State of Alaska  Address: Department of Health and Social Services, 3601 C Street, Suite 902, Anchorage, Alaska 99503-5923 | October, 2014 | Description: Garnishment of Mr. Wolcoff's Alaska Permanent Fund Dividend  Value: $1,884.00 |
| Creditor: State of Alaska  Address: Department of Law, P.O. Box 110300, Juneau, Alaska 99811-0300 | October, 2014 | Mrs. Wolcoff's Alaska Permanent Fund Dividend  Value: Figure uncertain |
| Creditor: Capital One Bank  Address: c/o R. Crabtreee, APC, 3330 Arctic Boulevard, Suite 201, Anchorage, Alaska 99503 | October, 2014 | Description: Garnishment of a portion of Mrs. Wolcoff's Alaska Permanent Fund Dividend  Value: $963.96 |

5. **Repossession, foreclosures and returns.**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case (Married debtors under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

■ None

6. **Assignments and receiverships.**

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

■ None

b. List all property which has been in the hands of a custodian, receiver or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

■ None

---

7. **Gifts.**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200.00 in value per individual family member and charitable contributions aggregating less than $100.00 per recipient. (Married debtors filing under Chapter 12 or Chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Name: Son<br>Address: | Son | Winter, 2014 | Description: The Debtors provided their son with the funds the son needed to travel to his next duty station with the United States Marine Corps<br>Value: $300.00 |

---

8. **Losses.**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case**. (Married debtors filing under Chapter 12 or Chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

■ None

---

9. **Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: Robert Crowther<br>Address: Law Offices of Robert Crowther, 1113 W. Fireweed Lane, Suite 200, Anchorage, Alaska  99503 | Payor: Robert H. and Heather I. Wolcoff<br>Date of Payment: 1/2015 | $500.00 as an attorney fee and $310.00 for the filing fee |
| Payee: Academy of Financial Literacy, Inc.<br>Address: 2105 E. Oakland Street, Chandler, Arizona 85225 | Payor: Robert H. and Heather I. Wolcoff<br>Date of Payment: 1/2015 | $25.00 |

Statement of Financial Affairs, Page  5

10. **Other transfers.**

   a. List all other property, other than property transferred in the ordinary course of business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

■ None

   b. List all other property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

■ None

11. **Closed financial accounts.**

   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred withing **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

■ None

12. **Safe deposit boxes.**

   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables withing **one year** immediately preceding the commencement of this case. (Married debtors filing under Chapter 12 or Chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

■ None

13. **Setoffs.**

   List any setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case.  (Married debtors filing under Chapter 12 or Chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

■ None

**14.   Property held for another person.**

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Owner: Kelly Heitstuman<br>Address: | Property Description: 1999 Ford F350 and 1992 Layton 5th Wheel trailer<br>Value: | Stored at the Debtors' home (and with titles in the Debtors' names so that the items can be insured) |

**15.   Prior address of debtor.**

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

■ None

**16.   Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

None other than codebtors in this case

17. **Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, ground water, or other medium, including, but not limited to statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date fo the notice, and, if known, the Environmental Law.

■ None

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

■ None

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding and the docket number.

■ None

18. **Nature, location and name of business.**

   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietorship, or was a self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

■ None

   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. §101.

■ None

The following questions are to be completed by every debtor that is a corporation or partnership, and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed in a trace, profession, or other activity either full- or part-time.

*(An individual or joint debtor should compete this portion of the statement **only** if the debtor is or has been in business as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

19. **Books, records and financial statements.**

   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

■ None

   b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

■ None

   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

■ None

      d.      List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

■ None

---

**20.**    **Inventories.**

      a.      List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

■ None

---

      b.      List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

■ None

---

**21.**    **Current Partners, Officers, Directors and Shareholders.**

      a.      If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

■ None

---

      b.      If the debtor is a corporation, list all officers and directors of the corporation and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

■ None

---

**22.**    **Former Partners, Officers, Directors and Shareholders.**

      a.      If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of the case.

■ None

---

      b.      If the debtor is a corporation, list all officers and directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

■ None

---

**23.** **Withdrawals from a partnership or distributions by a corporation.**

If the debtor is a partnership or corporation, list all withdrawals or distributions creditor or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of the case.

■ None

---

**24.** **Tax Consolidation Group.**

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six-years** immediately preceding the commencement of the case.

■ None

---

**25.** **Pension Funds.**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six-years** immediately preceding the commencement of the case.

■ None

---

**Declaration Under Penalty of Perjury by Individual Debtors**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: February 2, 2015                    Signature: /s/ Robert H. Wolcoff


Date: February 2, 2015                    Signature: /s/ Heather I. Wolcoff


*Penalty for making a false statement: Fine of up to $500,000.00 or imprisonment for up to 5 years or both, 18 U.S.C. §152 and 3571*