ROBERT P. CROWTHER
LAW OFFICES OF ROBERT CROWTHER
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
Telephone (907) 274-1980
Facsimile (907) 274-2085

Attorney for the Debtors
File No.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

| In re:  ROBERT H. WOLCOFF and HEATHER I. WOLCOFF,  Debtors. | Case No. A15-00004-GS  Chapter 13 |
|---|---|

FIRST AMENDED CHAPTER 13 PLAN

The debtors propose the following Chapter 13 Plan:

1.    **PAYMENTS TO THE TRUSTEE**:  The debtors will pay to the trustee:

    a.    **Monthly Payments**.  Payments to date totaling $315.00 and further payments of $425.00 starting June 15, 2015 and continuing on the same date of each month thereafter for a period of 55 months.

    b.    **Permanent Fund Dividends**.  Alaska Permanent Fund Dividends received during the 2015, 2016 and 2017 calendar years, but net of any offsets made by the State of Alaska in its efforts to collect obligations from either of the debtors.  To the extent that Dividends are received by the Trustee, they shall be considered as pre-payments of any payments due more than 36 months from February 15, 2015.

    c.    **Tax Refunds**.  The debtors ■ commit    ☐ do not commit all tax refunds starting with the 2015 calendar year and ending with the 2017 calendar year to funding the plan.  Tax refunds will be paid in addition to the plan payments stated above.  If no selection is made, tax refunds are committed.  Also, tax refund proceeds shall be considered as pre-payments of any payments due more than 36 months from February 15, 2015.

    d.    **Litigation Recoveries**.  The debtors will pay all proceeds, net of attorneys fees, costs, expenses and other deductions from the gross recovery, net of a reasonable allowance for the incremental tax due on the recovery, if any, and net of allowable exemptions of any amounts either or both of them may receive due to claims that existed on the petition date in this bankruptcy.

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Robert H. and Heather I. Wolcoff, Case No. A15-00004-GS
FIRST AMENDED CHAPTER 13 PLAN                                                                             Page 1
C:\Docs\Chapter 13 Plans\Wolcoff, Robert H. and Heather I.5-20-2015.1

2. **TRUSTEE'S DISTRIBUTION TO CREDITORS**: From the payments so received, the trustee shall make disbursements in the following order (unless otherwise noted in paragraph 2 (i)):

   a. **Allowed administrative expenses of the trustee** as provided by 11 U.S.C. §507(a)(1)(C) in the amount of ten percent (10%) or the percentage set from time to time by the Attorney General of the United States, pursuant to 28 U.S.C. §586(e)

   b. **Allowed unsecured claims for domestic support** as provided in 11 U.S.C. §507(a)(1).

   c. **Allowed expenses of administration** as provided by 11 U.S.C. §507(a)(2), including $3,500.00 in estimated fees and costs for the debtors' attorneys.

   d. **Cure of Arrearages on Secured Claims That Are Not Modified**: Arrearages on secured creditor's claims which are duly filed and allowed, and which are not modified, estimated as follows:

   i. <u>Residential Mortgage</u>:

| Creditor/Security | Estimated Arrearage Amount | Number of Payments | Estimated Payment Amount | Interest Rate |
|---|---|---|---|---|
| **Alaska USA Federal Credit Union** | $ 13,769.97 | As required | All of the payments received by the Trustee after deduction for administrative expenses. | Per contract, or, if there is no contract rate, then 0.00 percent |

   ii. <u>Other Secured Claims</u>:

| Creditor/Security | Estimated Arrearage Amount | Number of Payments | Estimated Payment Amount | Interest Rate |
|---|---|---|---|---|
| **None** | | | | |

   e. **Modified Secured Claims**; Distributions to secured creditors whose claims are duly filed and allowed, but which are modified, estimated as follows:

| Creditor/Security | Estimated Amount | Number of Payments | Payment Amount | Interest Rate |
|---|---|---|---|---|
| **Matanuska Valley Collection Service** | $ 424.21 | 5 | 100.00 | 3.75 |

The allowed claims of each creditor listed in 2.e. will be allowed as secured claims in the amounts indicated, which represent the full amounts owed these creditors or the value of their collateral, whichever is lower. These secured creditors will be paid in installments as shown until the amount indicated with interest as stated has been paid. The remainder of

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Robert H. and Heather I. Wolcoff, Case No. A15-00004-GS
FIRST AMENDED CHAPTER 13 PLAN                                                                Page 2
C:\Docs\Chapter 13 Plans\Wolcoff, Robert H. and Heather I.5-20-2015.1

the amount owing, if there is any, would be allowed as a general unsecured claim and paid under the provisions of paragraph 2(h) if a proof of claim is duly filed and allowed.

 f. **Secured Claims Not Modified**: Distributions to secured creditors whose claims are duly filed and allowed, but are not modified and not paid directly by the debtors under paragraph 3., in accordance with the contract terms as follows:

| Creditor/Security | Estimated Balance Owed | Present Monthly Payment |
|---|---|---|
| **None** | | |

 g. **Allowed Priority Unsecured Claims**, in the order and in the amount prescribed by 11 U.S.C. §507(a)(2) - (a)(9), including the following claims:

| Tax Creditor | Type of Tax | Periods | Amount |
|---|---|---|---|
| **None** | | | |
| Total | | | $ 0.00 |

The debtors have initialed the following answer as correct:

_X_ Yes, we have filed all required federal income tax returns.
___ No, we have not filed all required federal income tax returns.

 h. **Unsecured Non-Priority Claims** which are duly filed and allowed shall be paid the balance of the debtors' plan payments on a pro-rata basis.

 i. **Alternate Payment Instructions to the Trustee**:

☐ Payments under paragraphs 2(b), (c), and (g) are to be made in equal installments over the commitment period.

☐ Payments under paragraph 2(h) are to be made concurrently with payments made under 2(a) through 2(f).

☐ Other (specify): None

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Robert H. and Heather I. Wolcoff, Case No. A15-00004-GS
FIRST AMENDED CHAPTER 13 PLAN Page 3
C:\Docs\Chapter 13 Plans\Wolcoff, Robert H. and Heather I.5-20-2015.1

3.  **SECURED CLAIMS NOT MODIFIED**: the following creditors' claims are fully secured, are not modified by the plan and will be paid directly by the debtors outside the Plan under the original contract terms as modified, and will receive no distributions under Paragraph 2 (except those distributions set out in paragraph 2 (d) above):

a.  <u>Residential Mortgage</u>:

| Creditor/Security | Estimated Balance Owed | Present Monthly Payment |
|---|---|---|
| **Alaska USA Federal Credit Union** | $ 90,311.07 | $ 835.00 |
| **Na Qenaq'a Community Development Financing, Inc.** | $ 30,000.00 | None currently required |

b.  <u>Other Secured Claims</u>:

| Creditor/Security | Estimated Amount | Number of Payments | Fixed Payment Amount | Interest Rate |
|---|---|---|---|---|
| **None** | | | | |

4.  **SECURED PROPERTY SURRENDERED**: The secured property described below will be surrendered to the following named creditors, and any duly filed and allowed unsecured claim resulting from such surrender shall be paid under paragraph 2(g):

There is no property to be surrendered under the terms of this plan.

5.  **EXECUTORY CONTRACTS**: Except as provided above, the following executory contracts and unexpired leases of the debtors are assumed or rejected as noted below.  If rejected, the debtors will surrender any collateral or leased property and any duly filed and allowed unsecured claim for damages shall be paid under paragraph 2(g):

| Description of Contract | Assumed or Rejected | Cure Arrangements |
|---|---|---|
| **None** | | |

6.  **PLAN ANALYSIS/DISPOSABLE INCOME ANALYSIS/LIQUIDATION ANALYSIS/SCHEDULE OF DIRECT PAYMENTS:** The attached plan analysis, disposable income analysis, liquidation analysis and schedule of direct payments to creditors are accurate to the best of our knowledge.  If there are discrepancies between the Plan and the plan analysis, the provisions of the Plan, as confirmed, control.

7.  **RETENTION OF SECURITY INTERESTS AND REVESTING OF PROPERTY**: Secured creditors will retain their liens until the claims as determined under applicable

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Robert H. and Heather I. Wolcoff, Case No. A15-00004-GS
FIRST AMENDED CHAPTER 13 PLAN                                                                                                  Page 4
C:\Docs\Chapter 13 Plans\Wolcoff, Robert H. and Heather I.5-20-2015.1

nonbankruptcy law have been paid in full or a discharge is entered under 11 U.S.C. §1328 as provided in 11 U.S.C. §1325(a)(5)(B). Except as provided in this plan or in the order confirming the plan, upon confirmation of this Plan, all property of the estate vests in the debtors free and clear of any claim or interest of any creditors provided for by this plan pursuant to 11 U.S.C. § 1327.

8. **ORDERS GRANTING RELIEF FROM STAY**: If, at any time during the life of this plan, an order terminating the automatic stay is entered, no distributions under this plan will be made to the creditor obtaining relief from the stay until such time as the creditor files an amended proof of claim. The allowed claim for a deficiency will be treated as a general unsecured claim under paragraph 2(g).

9. **PLAN CHANGES**: The court may, after hearing, upon such notice as the court may designate, increase or reduce the amount or the time for payment where it appears that circumstances so warrant and consistent with the provisions of the Bankruptcy Code.

10. **CERTIFICATION**: It is certified that the foregoing plan complies with the requirements of the applicable provisions of the Bankruptcy Code [Title 11, United States Code], the Federal Rules of Bankruptcy Procedure, and the Alaska Local Bankruptcy Rules.

Dated: May 20, 2015

/s/ Robert H. Wolcoff
Debtor

/s/ Heather I. Wolcoff
Debtor

/s/ Robert P. Crowther
Attorney for the Debtors

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Robert H. and Heather I. Wolcoff, Case No. A15-00004-GS
FIRST AMENDED CHAPTER 13 PLAN                                                                                         Page 5
C:\Docs\Chapter 13 Plans\Wolcoff, Robert H. and Heather I.5-20-2015.1

**PLAN ANALYSIS**
In re: Robert H. and Heather I. Wolcoff, Case No. A15-00004

Monthly Income and Expenses:

| | |
|---|---|
| Monthly Income (from Schedule I) | $ 3,728.43 |
| Monthly Expenses (from Schedule J) | $ 3,323.00 |
| | |
| Difference | $ 405.43 |

Debtors' Payments to the Trustee:

| Paragraph | Category of payments | Number of payments | Amount of payment | Subtotals and Totals |
|---|---|---|---|---|
| 1 a. | Payments to date | 1 | $ 315.00 | $ 315.00 |
| 1 a. | Monthly payments | 55 | $ 425.00 | $ 23,375.00 |
| 1 b. | Alaska Permanent Fund Dividends (assumes the Debtors' Dividends will be offset against obligations owed the State of Alaska) | 3 | $ 0.00 | $ 0.00 |
| 1 c. | Tax refunds (estimated) | 3 | $ 0.00 | $ 0.00 |
| 1 d. | Litigation recoveries | 1 | Unknown | Unknown |
| | | | | |
| Total fixed payments over the life of the plan | | | | $ 23,690.00 |

Estimated Distributions by Trustee:

| Paragraph | Category of payments | Amount of payment |
|---|---|---|
| 2 a. | Trustee's commission (10 percent of total) | $ 2,369.00 |
| 2 b. | Domestic support obligations | $ 0.00 |
| 2 c. | Unpaid Attorney's Fees | $ 3,500.00 |
| 2 d. | Total Arrearages on Secured Claims (Not Modified) | |
| | (1) Residential Mortgage | $ 15,835.47 |
| | (2) Other | $ 0.00 |
| 2 e. | Total Distributions Modified Secured Claims (estimated ) | $ 445.42 |
| 2 f. | Total Distributions Unmodified Secured Claims to be paid through the plan | $ 0.00 |
| 2 g. | Priority Claims | |
| | Taxes | $ 0.00 |
| 2 h. | Unsecured Claims | $ 1,540.11 |
| | | |
| Total | | $ 23,690.00 |

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Robert H. and Heather I. Wolcoff, Case No. A15-00004-GS
FIRST AMENDED CHAPTER 13 PLAN
C:\Docs\Chapter 13 Plans\Wolcoff, Robert H. and Heather I.5-20-2015.1

Page 6

**DISPOSABLE INCOME DISTRIBUTION ANALYSIS**
In re: Robert H. and Heather I. Wolcoff, Case No. A15-00004

☐  Disposable income determined under Section 1325(b)(3) [See Official Form 22C, Line 23]

| | | |
|---|---|---:|
| Total Distributions Unsecured Claims [Line 2(h)] divided by 60 | $ | 25.67 |
| Monthly Disposable Income (from Official Form 22C, Line 58) [or zero, if less than zero] | $ | 0.00 |
| | | |
| Difference | $ | 25.67 |

■  Disposable income not determined under Section 1325(b)(3) [See Official Form 22C, Line 17 or 23]

| | | |
|---|---|---:|
| Total Distributions Unsecured Claims [Line 2(h)] divided by 60 months in the commitment period (See Official Form 22C, Line 17) | | |
| Current Monthly Income [from Official Form 22C, Line 11] | | |
| Less - Marital Adjustment [as defined in Official Form 22C, Line 19] | | |
| Less - Support Income [as defined in Official Form 22C, Line 54] | | |
| Less - Qualified Retirement Deduction [as defined in Official Form 22C, Line 55] | | |
| Less - Monthly Expenses [from Official Form 6, Schedule J, Line 18] | | |
| Less - Payroll Deductions [from Official Form 6, Schedule J, Line 5] | | |
| | | |
| Monthly Disposable Income | $ | 0.00 |

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Robert H. and Heather I. Wolcoff, Case No. A15-00004-GS
FIRST AMENDED CHAPTER 13 PLAN                                                                Page 7
C:\Docs\Chapter 13 Plans\Wolcoff, Robert H. and Heather I.5-20-2015.1

**LIQUIDATION ANALYSIS**
In re: Robert H. and Heather I. Wolcoff, Case No. A15-00004

| Paragraph | Category of payments | Amount | |
|---|---|---|---:|
| A. | Non-Exempt Equity | | |
| 1. | In real property | $ | 0.00 |
| 2. | In personal property | $ | 0.00 |
| B. | Value of Property recoverable under avoiding powers | $ | 0.00 |
| C. | Estate Equity | $ | 0.00 |
| D. | Total priority debt | $ | 0.00 |
| E. | Total Unsecured Debt (per schedules) | $ | 139,797.66 |
| F. | Estimated Chapter 7 Administrative Expenses | $ | 0.00 |
| G. | Estimated Plan Dividend | | 1.10% |
| H. | Estimated Chapter 7 Dividend | | 0.00% |

ROBERT CROWTHER
ATTORNEY AT LAW
1113 W. Fireweed Lane
Suite 200
Anchorage, AK 99503
(907) 274-1980
Fax: (907) 274-2085

In re: Robert H. and Heather I. Wolcoff, Case No. A15-00004-GS
FIRST AMENDED CHAPTER 13 PLAN                                                        Page 8
C:\Docs\Chapter 13 Plans\Wolcoff, Robert H. and Heather I.5-20-2015.1